IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-20386
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JESUS MENDOZA-ZAMORA,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-98-CR-506-1
--------------------

October 19, 1999

Before JONES, SMITH, and STEWART, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Jesus
Mendoza-Zamora has filed a motion to withdraw and a brief as
required by Anders v. California, 386 U.S. 738 (1967).  Defendant
has not responded to the motion.  Our independent review of the
brief and the record discloses no nonfrivolous issue.
Accordingly, the motion to withdraw is granted, counsel is
excused from further responsibilities herein, and the APPEAL IS
DISMISSED.  5th Cir. R. 42.2.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.